IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DEBBIE LIENHART; DONALD
LIENHART; and TARA MOSHER                                    PLAINTIFFS

v.                       No. 4:25-cv-870-DPM

CALEB BRAND                                                  DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 20 January 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

20 November 2025